ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIAM JOHN MALONEY, | ) |
| Petitioner, | ) |
| v. | ) CV 316-032 |
| SHAWN EMMONS, Warden, | ) |
| Respondent. | ) |

**ORDER**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in the Superior Court of Gordon County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 19th day of May, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE